```
                          United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03493-RNO
Javier Carranza                                                 Chapter 13
Carolina Elizabeth Quiroz-Carranza
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar           Page 1 of 1          Date Rcvd: Oct 03, 2018
                              Form ID: ntcnfhrg       Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
```
db/jdb         Javier Carranza,    Carolina Elizabeth Quiroz-Carranza,    4136 Indian Avenue,
                Pocono Summit, PA 18346
5098479       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
5098480       +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
5098481       +Chase Auto Finance,    P.O. Box 901003,    Fort Worth, TX 76101-2003
5098486       +Hyundai Capital America,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
5103789       +Karina Velter, Esquire,    MANLEY DEAS KOCHALSKI LLC,    P.O. Box 165028,
                Columbus, OH 43216-5028,    614-222-4921,    Atty File No. 43216-5028
5098487       +Stillwater Lakes Civic Assoc.,    5144 Hummingbird Drive,    Pocono Summit, PA 18346-7603
5098488       +Stillwater Lakes Sewer Corp.,    5144 Hummingbird Drive,    Pocono Summit, PA 18346-7603
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5098482       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 03 2018 19:07:33     Comenity Bank/NWYRK & CO,
                PO Box 182789,    Columbus, OH 43218-2789
5098483       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 03 2018 19:07:33
                Comenity Bank/Victorias Secret,    PO Box 182789,    Columbus, OH 43218-2789
5098484       +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2018 19:07:45     Dept of ED/Nelnet,
                3015 Parker Road, Suite 400,    Aurora, CO 80014-2904
5098485       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 03 2018 19:07:31     Ditech Financial LLC,
                P.O. Box 6172,    Rapid City, SD 57709-6172
5100756       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 03 2018 19:07:58
                Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
5109221        E-mail/Text: bk.notifications@jpmchase.com Oct 03 2018 19:07:36     JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
5098830       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 19:05:17
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5098489       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2018 19:05:27     SYNCB/Walmart,    PO Box 965024,
                Orlando, FL 32896-5024
5103916       +E-mail/Text: electronicbkydocs@nelnet.net Oct 03 2018 19:07:45
                US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                Lincoln, NE 68508-1911
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Javier Carranza donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Carolina Elizabeth Quiroz-Carranza
               donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
| --- | --- |
| Javier Carranza, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:18−bk−03493−RNO |
| Carolina Elizabeth Quiroz−Carranza, | |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 31, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
| --- | --- |
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 7, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 3, 2018 |

ntcnfhrg (03/18)