Certificate Number: 00301-PAM-DE-031839890

Bankruptcy Case Number: 18-03493



00301-PAM-DE-031839890

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 30, 2018</u>, at <u>11:35</u> o'clock <u>PM EDT</u>, <u>JAVIER CARRANZA</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 31, 2018</u>　　　By: <u>/s/Rose Poley</u>

　　　　　　　　　　　　　　　Name: <u>Rose Poley</u>

　　　　　　　　　　　　　　　Title: <u>Certified Bankruptcy Counselor</u>

Certificate Number: 00301-PAM-DE-031839057

Bankruptcy Case Number: 18-03493



00301-PAM-DE-031839057

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 31, 2018</u>, at <u>11:47</u> o'clock <u>AM EDT</u>, <u>CAROLINA E QUIROZ-CARRANZA</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   October 31, 2018          By:     /s/Jimmy Arreaga

                                  Name:   Jimmy Arreaga

                                  Title:  Certified Bankruptcy Counselor