UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JAVIER CARRANZA and CAROLINA ELIZABETH QUIROZ-CARRANZA | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JAVIER CARRANZA and CAROLINA ELIZABETH QUIROZ-CARRANZA | : | |
| Respondent(s) | : | CASE NO. 5-18-bk-03493 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 2nd of October, 2018, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about October 10, 2018 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 2nd day of November, 2018, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Timothy Fisher, Esquire
P.O. Box 396
Gouldsboro, PA 18424

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee