In re:                                                           Case No. 18-03493-RNO
Javier Carranza                                                  Chapter 13
Carolina Elizabeth Quiroz-Carranza
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke         Page 1 of 1          Date Rcvd: Jan 16, 2020
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5125285          E-mail/Text: bankruptcy.bnc@ditech.com Jan 16 2020 19:29:21          Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154

                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
          Brian C Nicholas     on behalf of Creditor     DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor     DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Karina  Velter   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
          Philip W. Stock    on behalf of Creditor    Stillwater Lakes Civic Association, Inc. pwstock@ptd.net
          Timothy B. Fisher, II    on behalf of Debtor 1 Javier  Carranza donna.kau@pocono-lawyers.com
          Timothy B. Fisher, II    on behalf of Debtor 2 Carolina Elizabeth Quiroz-Carranza
           donna.kau@pocono-lawyers.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-03493-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Javier Carranza
4136 Indian Avenue
Pocono Summit PA 18346

Carolina Elizabeth Quiroz-Carranza
4136 Indian Avenue
Pocono Summit PA 18346

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/15/2020.

Name and Address of Alleged Transferor(s):

Claim No. 6: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826
New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/18/20

Terrence S. Miller
**CLERK OF THE COURT**