# FISHER & FISHER
## LAW OFFICES, L.L.C.

**Timothy B. Fisher, Esquire\* \*\***
**Timothy B. Fisher, II, Esquire\***

\*  Member of PA & Federal Bars
\*\* Member of NY Bar
°  Member of NJ Bar

**John D. Michelin, Esquire\***
**Joseph F. Kulesa, Jr., Esquire\* °**
**Michelle F. Farley, Esquire\***
**Michael A. Ventrella, Esquire\***

February 7, 2020

To the Clerk of the U.S. Bankruptcy Court

*RE:*  *Javier Carranza*
      *Carolina Elizabeth Quiroz-Carranza*
      *Case No. 5:18-bk-03493*

Dear Sir or Madam:

Please note the following change of address for the Debtors:

Prior Address:    4136 Indian Avenue
                  Pocono Summit, PA 18346

New Address:    P.O. Box 503
                  Pocono Summit, PA 18346

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _Tim. B. Fisher_
     Timothy B. Fisher, II

TBFII/mco

*Please Reply To:*

| ☐ **Mount Pocono** | ☐ **Gouldsboro** | ☐ **Cresco** | ☐ **Stroudsburg** |
|---|---|---|---|
| 3041 Route 940, Suite 107 | 525 Main St., PO Box 396 | 1032 PA Route 390 #101, PO Box 222 | 109 N. 7th Street |
| Mount Pocono, PA 18344 | Gouldsboro, PA 18424 | Cresco, PA 18326 | Stroudsburg, PA 18360 |
| (570) 839-8690 | (570) 842-2753 | (570) 595-8770 | (570) 629-6322 |
| (570) 839-7675 fax | (570) 842-8979 fax | (570) 595-8772 fax | (570) 629-6275 fax |

**www.pocono-lawyers.com**