United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Javier Carranza  
Carolina Elizabeth Quiroz-Carranza  
    Debtors

Case No. 18-03493-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Sep 30, 2021     Form ID: 3180W     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Javier Carranza, Carolina Elizabeth Quiroz-Carranza, PO Box 503, Pocono Summit, PA 18346-0503 |
| 5125285 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 5098486 | + | Hyundai Capital America, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 5103789 | + | Karina Velter, Esquire, MANLEY DEAS KOCHALSKI LLC, P.O. Box 165028, Columbus, OH 43216-5028, 614-222-4921 Atty File No. 43216-5028 |
| 5290981 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5290982 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 5098487 | + | Stillwater Lakes Civic Assoc., 5144 Hummingbird Drive, Pocono Summit, PA 18346-7674 |
| 5125915 | + | Stillwater Lakes Civic Association, Inc., 5144 Hummingbird Drive, Pocono Summit, PA 18346-7674 |
| 5098488 | + | Stillwater Lakes Sewer Corp., 5144 Hummingbird Drive, Pocono Summit, PA 18346-7674 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5098479 | + | EDI: TSYS2.COM | Sep 30 2021 22:58:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 5098480 | + | EDI: CITICORP.COM | Sep 30 2021 22:58:00 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5098481 | + | EDI: CHASEAUTO | Sep 30 2021 22:58:00 | Chase Auto Finance, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 5125925 | + | EDI: CITICORP.COM | Sep 30 2021 22:58:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 5098482 | + | EDI: WFNNB.COM | Sep 30 2021 22:58:00 | Comenity Bank/NWYRK & CO, PO Box 182789, Columbus, OH 43218-2789 |
| 5098483 | + | EDI: WFNNB.COM | Sep 30 2021 22:58:00 | Comenity Bank/Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5098484 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 30 2021 18:59:00 | Dept of ED/Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 5100756 | + | EDI: HY11.COM | Sep 30 2021 22:58:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 5109221 | | EDI: CHASEAUTO | Sep 30 2021 22:58:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 5123772 | | EDI: PRA.COM | Sep 30 2021 22:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5098830 | + | EDI: RECOVERYCORP.COM | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 30 2021 22:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5122571 | | EDI: Q3G.COM | Sep 30 2021 22:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5098489 | + | EDI: RMSC.COM | Sep 30 2021 22:58:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5103916 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 30 2021 18:59:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage LLC |
| cr | *+ | Hyundai Lease Titling Trust, P.O Box 20809, Fountain Valley, CA 92728-0809 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Stillwater Lakes Civic Association, Inc., 5144 Hummingbird Drive, Pocono Summit, PA 18346-7674 |
| 5388978 | *+ | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 5098485 | ##+ | Ditech Financial LLC, P.O. Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2021   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Brian C Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Philip W. Stock | on behalf of Creditor Stillwater Lakes Civic Association Inc. pwstock@ptd.net |
| Timothy B. Fisher, II | on behalf of Debtor 1 Javier Carranza donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | |

on behalf of Debtor 2 Carolina Elizabeth Quiroz-Carranza donna.kau@pocono-lawyers.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 9

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Javier Carranza <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9986 <br> EIN  _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 <br> (Spouse, if filing) | Carolina Elizabeth Quiroz–Carranza <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4529 <br> EIN  _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | | |
| Case number:  5:18–bk–03493–MJC | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Javier Carranza                     Carolina Elizabeth Quiroz–Carranza

**By the court:**

9/30/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**